LAW OFFICES OF

WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26ᵀᴴ FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
JADE SMITH-WILLIAMS (State Bar #318915)
jsmithwilliams@walkuplawoffice.com

WENDI J. BERKOWITZ (State Bar #145624)
MESSING ADAM & JASMINE
235 Montgomery Street, Suite 828
San Francisco, CA 94104
Telephone: (415) 266-1800
Facsimile: (415) 266-1128
wendi@majlabor.com

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVINI ABBEY, et al., | Case No. 3-19-cv-07510 |
| Plaintiffs, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| TETRA TECH EC, INC.; TETRA TECH EM, INC.; and TETRA TECH, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  November 15, 2019          WALKUP, MELODIA, KELLY & SCHOENBERGER

By:   /s/ Sara M. Peters
KHALDOUN A. BAGHDADI
SARA M. PETERS
JADE SMITH-WILLIAMS
Attorneys for PLAINTIFFS

1
CERTIFICATE OF INTERESTED PARTIES - CASE NO. 3-19-cv-07510