UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ABBEY, *et al*.,<br><br>         Plaintiffs,<br><br>    v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>         Defendants. | Case No. 3:19-cv-07510-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Filed Concurrently with *Notice of Motion and Motion to Dismiss; Request for Judicial Notice*<br><br>Date:    September 24, 2020<br>Time:    10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:   Hon. James Donato |

**ORDER**

Defendants Tetra Tech EC, Inc.'s and Tetra Tech, Inc.'s ("Defendants") Motion to Dismiss Plaintiffs' First Amended Complaint came on for hearing before this Court on September 24, 2020, at 10:00 a.m., in Courtroom 11 of the United States District Court for the Northern District of California. Appearances were as noted in the record. Having considered the papers filed by the parties, having granted Defendants' Request for Judicial Notice, and having heard argument from

counsel for the Parties, the Court rules as follows:

The Court finds that the Complaint must be dismissed with prejudice because:

1. Plaintiffs' first, fourth, fifth, sixth, and seventh causes of action are barred by the two-year statute of limitations on those causes of action (Cal. Civ. Code § 335.1; *Butcher v. Truck Ins. Exchange*, 77 Cal. App. 4th 1442 (2000));

2. Plaintiffs' second cause of action is barred by the three-year statute of limitations on public nuisance claims brought by private parties (*Beck Development Co. v. Southern Pacific Transportation Co.*, 44 Cal.App.4th 1160, 1216 (Cal. Ct. App. 1996));

3. Plaintiffs' third cause of action is barred by the four-year statute of limitations on civil claims brought under the Racketeer Influenced and Corrupt Organization Act ("RICO"), 18 U.S.C. § 1961 *et seq.* (*Pincay v. Andrews*, 238 F.3d 1106, 1109 (9th Cir. 2001));

4. Plaintiffs' third cause of action is also barred because Plaintiffs have not (i) alleged an injury to business or property, or any other injury compensable under RICO, (ii) alleged an "enterprise" under RICO, or (iii) alleged the elements of a RICO claim with particularity under FRCP 9(b);

5. Plaintiffs have failed to plead allegations sufficient to permit them to proceed as a class and no amendment can cure these defects; and

6. Plaintiffs have improperly joined 654 Plaintiffs with disparate claims within one action.

WHEREFORE, GOOD CAUSE APPEARING THEREFORE, the Court GRANTS Defendants' Motion to Dismiss, as follows:

    a. The First Amended Complaint is dismissed with prejudice,

    b. Plaintiffs shall take nothing, and

    c. Defendants shall recover costs of suit.

1  IT IS SO ORDERED,

2  DATED: _____, 2020                    _____
                                                    Hon. James Donato, Judge
3                                                   United States District Court in and for
                                                    the Northern District of California
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -3-                Case No. 3:19-cv-07510-JD
        [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
                              FIRST AMENDED COMPLAINT

16731932.1