LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com

WENDI J. BERKOWITZ (State Bar #145624)
MESSING ADAM & JASMINE
235 Montgomery Street, Suite 828
San Francisco, CA 94104
Telephone: (415) 266-1800
Facsimile: (415) 266-1128
wendi@majlabor.com

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNELL GALLEGOS as the personal representative of the ESTATE OF MICHAEL GALLEGOS, <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH EC, INC.; TETRA TECH EM, INC.; and TETRA TECH, INC., <br><br> Defendants. | Case No. 3:19-cv-07510-JD <br><br> **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** <br><br> **[Negligence; Public Nuisance; RICO; Wrongful Death; Amount in Controversy Exceeds $25,000]** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Dannell Gallegos, as the personal representative of the Estate of Michael Gallegos, by and through undersigned counsel Walkup, Melodia, Kelly & Schoenberger, a Professional Corporation, and Messing Adam & Jasmine LLP, submit this Short Form Complaint to join as Plaintiff in the First Amended Complaint in *Abbey, et al. v. Tetra Tech EC, Inc., et al.*, Case No. 3:19-cv-07510-JD ("First Amended Complaint," ECF No. 40).

1. Plaintiff Dannell Gallegos resides in the State of California and claims

1
SHORT FORM COMPLAINT AND JURY TRIAL DEMAND - Case No. 3:19-cv-07510-JD

1  damages as set forth below.

2      2.    This case arises from the exposure and injuries of Michael Gallegos, who was an employee of the San Francisco Police Department from December 8, 1977 to April 1, 2011.

    3.    Plaintiff Dannell Gallegos brings this action:

> In a representative capacity as the personal representative of the Estate of Michael Gallegos. The Declaration of Dannell Gallegos as Successor in Interest to Michael Gallegos for a wrongful death claim is attached hereto.  Plaintiff Michael Gallegos died on January 7, 2020.

    4.    The following claims and allegations are asserted by Plaintiff and are herein adopted by reference from the First Amended Complaint.

    [X]    Count I – Negligent Undertaking and Negligent Misrepresentation

    [X]    Count II – Public Nuisance

    [X]    Count V – Wrongful Death

    5.    Plaintiff asserts claims against the following Defendants listed in the First Amended Complaint:

    _X_    Tetra Tech EC, Inc.;

    _X_    Tetra Tech, Inc.

    6.    The following damages are asserted by Plaintiff and are herein adopted by reference from the First Amended Complaint. As to Plaintiff Dannell Gallegos, the damages described are for "Group C Decedents/Plaintiffs."

    7.    The negligent conduct of Defendants and each of them was a legal and proximate cause of Plaintiff's injuries as set forth by reference in paragraph 4 above.

    8.    As a result of Defendants' fraud, concealment, and negligent misrepresentations, Plaintiff was kept ignorant and unaware of Defendants'

1  wrongdoing until at least July 2018 or later. Their discoveries in this regard are
2  ongoing.
3       9.     As a result of Defendants' fraud, concealment, and negligent
4  misrepresentations, Plaintiff was kept ignorant and unaware of Michael Gallegos's
5  exposure to hazardous materials until at least July 2018 or later. Her discoveries in
6  this regard are ongoing.
7       10.    As a result of Defendants' fraud, concealment, and negligent
8  misrepresentations, Plaintiff was kept ignorant of the true causation of decedent's
9  diseases, injuries and conditions until at least July 2018 or later. Her discoveries in
10 this regard are ongoing.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands and prays that judgment be entered in her favor against Defendants, and each of them, as follows:

A.  For noneconomic damages according to proof at trial;

B   For economic damages according to proof at trial;

C.  For costs of suit and attorneys' fees to the fullest extent permitted by law;

D.  For pre-judgment and post-judgment interest according to law;

E.  For punitive and exemplary damages in an amount that is sufficient to punish Defendants and deter them and others from engaging in similar conduct in the future; and

F.  For such other and further relief as the Court may deem proper.

/ / / /
/ / / /
/ / / /
/ / / /

Dated: January 5, 2022         WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Sara M. Peters
 KHALDOUN A. BAGHDADI
 SARA M. PETERS
 Attorneys for PLAINTIFF

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial.

Dated:  January 5, 2022          W<small>ALKUP</small>, M<small>ELODIA</small>, K<small>ELLY</small> & S<small>CHOENBERGER</small>

By: ___/s/ Sara M. Peters_____
KHALDOUN A. BAGHDADI
SARA M. PETERS
Attorneys for PLAINTIFF

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com

WENDI J. BERKOWITZ (State Bar #145624)
MESSING ADAM & JASMINE LLP
235 Montgomery Street, Suite 828
San Francisco, CA 94104
Telephone: (415) 266-1800
Facsimile: (415) 266-1128
wendi@majlabor.com

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNELL GALLEGOS as the personal representative of the ESTATE OF MICHAEL GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH EC, INC.; TETRA TECH EM, INC.; and TETRA TECH, INC.<br><br>Defendants. | Case No. 3:19-cv-07510-JD<br><br>**DECLARATION OF DANNELL GALLEGOS PURSUANT TO SECTION 377.32 OF THE CODE OF CIVIL PROCEDURE** |

I, Dannell Gallegos, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I was the spouse of Michael Gallegos, who died on January 7, 2020 in Petaluma, California.

1
DECLARATION OF DANNELL GALLEGOS PURSUANT TO SECTION 377.32 OF THE CODE OF
CIVIL PROCEDURE - Case No. 3:19-cv-07510-JD

3. No proceeding is now pending in the State of California for administration of the Estate of Michael Gallegos.

4. I am the successor in interest to Michael Gallegos, as defined in Section 377.11 of the Code of Civil Procedure, and succeed to his interest in the above-entitled proceeding.

5. I am authorized by the other successors in interest to Michael Gallegos to act on their behalf in the above-entitled proceeding.

6. No other person has a superior right to commence the above-entitled proceeding or to be substituted for Michael Gallegos in the above-entitled proceeding.

7. A certified copy of the death certificate for Michael Gallegos is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 5th day of January 2022 at 1:30 p.m.

By: *Dannell Gallegos*
Dannell Gallegos

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
DECLARATION OF DANNELL GALLEGOS PURSUANT TO SECTION 377.32 OF THE CODE OF CIVIL PROCEDURE - Case No. 3:19-cv-07510-JD

EXHIBIT 1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SONOMA
### SANTA ROSA, CALIFORNIA

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

STATE FILE NUMBER | 3202049000038 | LOCAL REGISTRATION NUMBER

1. NAME OF DECEDENT – FIRST (Given): **MICHAEL**
2. MIDDLE: **JOSEPH**
3. LAST (Family): **GALLEGOS**
4. DATE OF BIRTH: 09/20/1954
5. AGE: 65
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: MARRIED
7. DATE OF DEATH: 01/07/2020
8. HOUR (24 Hours): 1845
13. EDUCATION: ASSOCIATE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES SPANISH
16. DECEDENT'S RACE: CAUCASIAN
17. USUAL OCCUPATION: POLICE OFFICER
18. KIND OF BUSINESS OR INDUSTRY: LAW ENFORCEMENT
19. YEARS IN OCCUPATION: 34
20. DECEDENT'S RESIDENCE: 3249 SKILLMAN LANE
21. CITY: PETALUMA
22. COUNTY/PROVINCE: SONOMA
23. ZIP CODE: 94952
24. YEARS IN COUNTY: 18
25. STATE/FOREIGN COUNTRY: CA
26. INFORMANT'S NAME, RELATIONSHIP: DANNELL GALLEGOS, SPOUSE
27. INFORMANT'S MAILING ADDRESS: 3249 SKILLMAN LANE, PETALUMA, CA 94952
28. NAME OF SURVIVING SPOUSE – FIRST: DANNELL
29. MIDDLE: MARGARET
30. LAST (BIRTH NAME): MONIZ
31. NAME OF FATHER/PARENT – FIRST: EDWARD
32. MIDDLE: A
33. LAST: GALLEGOS
34. BIRTH STATE: NM
35. NAME OF MOTHER/PARENT – FIRST: ALBERTA
36. MIDDLE: R
37. LAST (BIRTH NAME): C DE BACA
38. BIRTH STATE: NM
39. DISPOSITION DATE: 01/10/2020
40. PLACE OF FINAL DISPOSITION: RESIDENCE OF DANNELL GALLEGOS, 3249 SKILLMAN LANE, PETALUMA, CA 94952
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
44. NAME OF FUNERAL ESTABLISHMENT: ADOBE CREEK FUNERAL HOME & CREMATION SERVICES
45. LICENSE NUMBER: FD1646
46. SIGNATURE OF LOCAL REGISTRAR: CELESTE PHILIP MD, MPH
47. DATE: 01/09/2020
101. PLACE OF DEATH: OWN RESIDENCE
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Decedent's Home [X]
104. COUNTY: SONOMA
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 3249 SKILLMAN LANE
106. CITY: PETALUMA

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): ACUTE INTRACRANIAL HEMORRHAGE — DAYS
(B): HEPATOCELLULAR CARCINOMA — MOS
108. DEATH REPORTED TO CORONER?: NO
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO
111. USED IN DETERMINING CAUSE?: 

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: NONE
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since (A): 01/07/2020
Decedent Last Seen Alive (B): 01/07/2020
115. SIGNATURE AND TITLE OF CERTIFIER: CORBY SAMMS KESSLER M.D.
116. LICENSE NUMBER: G76902
117. DATE: 01/08/2020
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: CORBY SAMMS KESSLER M.D., 617 BROADWAY, #1486, SONOMA, CA 95476



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA } ss
COUNTY OF SONOMA
DATE ISSUED: 01/15/2020

*000928021*

This is true and exact reproduction of the document officially registered and placed on file in the Vital Statistics office, Sonoma County Department of Health Services.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

LOCAL REGISTRAR
SONOMA COUNTY, CALIFORNIA



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE