WILMER CUTLER PICKERING
  HALE AND DORR LLP
DAVINA PUJARI, SBN 183407
davina.pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER, SBN 253890
chris.rheinheimer@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:   (628) 235-1002
Facsimile:   (628) 235-1001

WILMER CUTLER PICKERING
  HALE AND DORR LLP
CHRISTOPHER T. CASAMASSIMA, SBN 211280
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:   (213) 443-5300
Facsimile:   (213) 443-5400

Attorneys for Defendants
TETRA TECH, INC., TETRA TECH EC, INC.,
AND ANDREW BOLT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA PARKER PENNINGTON, et al., | Case No. 3:18-cv-05330-JD |
| Plaintiffs, | Related To:  Case No. 3:19-cv-01417-JD;<br>Case No. 3:19-cv-07510-JD |
| v. | **[PROPOSED] ORDER CONVERTING DISMISSAL WITHOUT PREJUDICE TO DISMISSAL WITH PREJUDICE** |
| TETRA TECH, INC.; TETRA TECH EC, INC.; LENNAR CORPORATION; HPS1 BLOCK 50 LLC; HPS1 BLOCK 51 LLC; HPS1 BLOCK 53 LLC; HPS1 BLOCK 54 LLC; HPS1 BLOCK 56/57 LLC; FIVE POINT HOLDINGS, LLC; HPS DEVELOPMENT CO., L.P.; WILLIAM DOUGHERTY; ANDREW BOLT; EMILE HADDAD, | Judge:   Hon. James Donato<br>Crtrm:   11, 19th Floor |
| Defendants. | |

Case No. 3:18-cv-05330-JD
[PROPOSED] ORDER CONVERTING DISMISSAL WITHOUT PREJUDICE TO DISMISSAL
WITH PREJUDICE

Pursuant to Revised Stipulation and Order Regarding Plaintiff Fact Sheet No. 1 ("PFS1 Order," ECF No. 190), after review of the Order for Dismissal Without Prejudice for Non-Responding Plaintiffs ("Order for Dismissal Without Prejudice," ECF No. 225), and FOR GOOD CAUSE APPEARING, the Court finds as follows:

1.  On April 4, 2022, the Court dismissed the following Plaintiffs without prejudice for failing to submit a PFS1 as required by the PFS1 Order. *See* ECF No. 225.

|   | Name |
|---|---|
| 1 | Taisen Bob Lin |
| 2 | Sheng Tuan Lin |

2.  Under the PFS1 Order entered by this Court, plaintiffs were required to submit a verified PFS1 by September 7, 2021.[1] *See* ECF No. 190 at ¶¶8(d), 16(a).

3.  Upon expiration of all cure periods outlined in the Order for Dismissal Without Prejudice, Defendants Tetra Tech EC, Inc., Tetra Tech, Inc., and Andrew Bolt (collectively, "Tetra Tech Defendants") notified the Court of still-deficient plaintiffs, and on April 4, 2022, the Court dismissed the still-deficient plaintiffs identified above without prejudice. *See* ECF No. 225.

4.  Following entry of the Order for Dismissal Without Prejudice, deficient plaintiffs were granted 30 days, upon showing of good cause and execution of a completed PFS1, to move the Court to enter an order vacating the dismissal without prejudice. *See* ECF No. 190 at ¶22(b).

5.  Tetra Tech Defendants were ordered to file a notice with the Court after the expiration of the 30-day period, upon which all plaintiffs dismissed without prejudice failing to seek relief from the Court as outlined in paragraph 22(b) of the PFS1 Order will be converted by the Court to dismissal with prejudice. *See* ECF No. 225.

6.  On May 5, 2022, after the expiration of the 30-day period following entry of

---

[1] Plaintiffs provided submissions through September 7, 2021 due to Labor Day falling on September 6, 2021.

-1-                    Case No. 3:18-cv-05330-JD
[PROPOSED] ORDER CONVERTING DISMISSAL WITHOUT PREJUDICE TO DISMISSAL WITH PREJUDICE

1  the Order for Dismissal Without Prejudice, Tetra Tech Defendants filed a Notice of Expiration of
2  Plaintiffs' Cure Period and [Proposed] Order Converting Dismissal Without Prejudice to
3  Dismissal With Prejudice apprising the Court that the plaintiffs dismissed without prejudice
4  failed to executed a completed PFS1.

5         7.       Accordingly, the Court orders that the Plaintiffs identified in paragraph 1
6  above are hereby dismissed with prejudice.

7       IT IS SO ORDERED.

8  DATED:  5/10/2022

_____
Honorable James Donato
Judge, United States District Court