1

2 **UNITED STATES DISTRICT COURT**

3 **NORTHERN DISTRICT OF CALIFORNIA**

4 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 5  UNITED STATES OF AMERICA, *ex rel.* JAHR, *et al.*, | **[PROPOSED]** ~~AMENDED STIPULATED~~ **PROTECTIVE ORDER** **(Civ. L.R. 7-12)** |
| 6  Plaintiff, | |
| 7  v. | **Assigned to Hon. Judge James Donato** |
| 8  TETRA TECH EC, INC., *et al*, | Case No. 3:13-cv-03835-JD; 3:16-cv-1106-JD; 3:16-cv-1107-JD |
| 9  Defendants. | |
| 10 UNITED STATES OF AMERICA, *ex rel.* MCLAUGHLIN, | |
| 11 Plaintiffs, | Case No. 3:14-cv-01509-JD |
| 12 | |
| 13 v. | |
| 14 SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al, | |
| 15 Defendants. | |
| 16 LINDA PARKER PENNINGTON, et al., | |
| 17 Plaintiffs, | Case No. 3:18-cv-05330-JD |
| 18 v. | |
| 19 TETRA TECH EC, INC., *et al*, | |
| 20 Defendants. | |
|    BAYVIEW HUNTERS POINT RESIDENTS, *et al.*, | Case No. 3:19-cv-01417-JD |
| 21 | |
| 22 Plaintiffs, | |
| 23 v. | |
| 24 TETRA TECH EC, INC., *et al*, | |
|    Defendants. | |
| 25 KEVIN ABBEY, *et al.*, | Case No. 3:19-cv-7510-JD |
| 26 Plaintiffs, | |
| 27 v. | |
| 28 TETRA TECH EC, INC., *et al.*, | |

|  |  |
|---|---|
| Defendants. | |
| KEVIN ABBEY, *et al.*, | Case No. 3:20-cv-06443-JD |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |
| CPHP DEVELOPMENT, LP, *et al.*, | Case No. 3:20-cv-1485-JD |
| Plaintiffs, | |
| v. | |
| TETRA TECH EC, INC., *et al.*, | |
| Defendants. | |
| FIVE POINT HOLDINGS, LLP, *et al.*, | Case No. 3:20-cv-1480-JD |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |
| FIVE POINT HOLDINGS, LLP, *et al.*, | Case No. 3:20-cv-1481-JD |
| Plaintiffs, | |
| v. | |
| TETRA TECH EC, INC., *et al.*, | |
| Defendants. | |
| TETRA TECH EC, INC., | Case No. 3:19-cv-04704-JD |
| Plaintiff, | |
| v. | |
| CH2M HILL, INC., *et al.*, | |
| Defendants. | |

1    Pursuant to Civil Local Rule 7-12, the parties in the following cases hereby stipulate to entry of

2  this [Proposed] Stipulated Amended Order: *US ex rel. Arthur R. Jahr, III, et al. v. Tetra Tech EC, Inc.,*

3  *et al.*, Case No. C 13-3835 JD ("*Jahr*")*; US ex rel. Donald K. Wadsworth, et al. v. Tetra Tech EC, Inc.,*

4  *et al.*, Case No. C 16-1107 JD ("*Wadsworth*")*; US ex rel. Anthony Smith v. Tetra Tech EC, Inc., et al.*,

5  Case No. C 16-1106 JD ("*Smith*"); *US ex rel. McLaughlin v. Shaw Environment and Infrastructure, Inc.,*

6  *et al.*, Case No. 14-1509 JD ("*McLaughlin*"); *Linda Parker Pennington v. Tetra Tech, Inc., et al.*, Case

7  No. 18-5330 JD ("*Pennington*"); *Bayview Hunters Point Residents, et al. v. Tetra Tech Inc., et al.*, Case

8  No. 19-1417 JD ("*Bayview Hunters Point Residents*"); *Kevin Abbey v. Tetra Tech EC, Inc., et al.*, Case

9  No. 19-7510 JD and *Kevin Abbey v. United States.*, Case No. 20-6443 JD ("*Abbey.*"); *Five Point*

10  *Holdings, LLC, et al. v. United States*, Case No. 3:20-cv-1480 and *Five Point Holdings, LLC et al. v.*

11  *Tetra Tech, Inc., et al.*, Case No. 3:20-cv-01481 ("*Five Point*"); *CPHP Development, LP, et al. v. Tetra*

12  *Tech, Inc., et al.*, Case No. 3:20-cv-01485 ("*CPHP*"); and *Tetra Tech EC. Inc. v CH2M Hill, Inc.*, Case

13  No. 3:19-cv-4704 ("*CH2M Hill*")_ (collectively, the "Actions").

1

2  DATED:  January 27, 2023                    COTCHETT, PITRE & McCARTHY, LLP

3                                              By:    _/s/ Anne Marie Murphy_____

4                                              JOSEPH W. COTCHETT (SBN 36324)
                                               ANNE MARIE MURPHY (SBN 202540)
5                                              DONALD J. MAGILLIGAN (SBN 257714)
                                               Attorneys for PENNINGTON PLAINTIFFS
6

7  DATED:  January 27, 2023                    WALKUP, MELODIA, KELLY AND
8                                              SCHOENBERGER

9                                              By:    _/s/ Clifton Smoot_____

10                                             KHALDOUN A. BAGHADI (SBN 190111)
                                               SARA M. PETERS (SBN 260610)
11                                             JADE SMITH-WILLIAMS (SBN 318915)
                                               CLIFTON SMOOT (SBN 305728)
12                                             Attorneys for PLAINTIFFS KEVIN ABBEY, ET AL.

13

14  DATED:  January 27, 2023                   BONNER & BONNER

15                                             By: _/s/ A. Cabral Bonner_____

16                                             CHARLES A. BONNER (SBN 85413)
                                               A. CABRAL BONNER (SBN 247528)
17                                             Attorneys for PLAINTIFFS BAYVIEW HUNTERS
                                               POINT RESIDENTS

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

1    DATED:  January 27, 2023                    LAW OFFICE OF DAVID ANTON

2
                                          By:    _____/s/ David C. Anton_____
3                                                DAVID C. ANTON (SBN 95852)
4                                                Attorneys for RELATORS

5
     DATED:  January 27, 2023                    O'MELVENY & MYERS LLP
6
                                          By:    _____/s/ Madhu R. Pocha_____
7                                                DANIEL M. PETROCELLI (SBN 97802)
8                                                DAVID J. MARROSO (SBN 211655)
                                                 GEOFFREY H. YOST (SBN 159687)
9                                                MADHU R. POCHA (SBN 260997)
                                                 Attorneys for LENNAR CORP.; HPS
10                                               DEVELOPMENT CO., L.P.; HPS1 BLOCK 50 LLC;
11                                               HPS1 BLOCK 51 LLC; HPS1 BLOCK 53 LLC; AND
                                                 HPS1 BLOCK 54 LLC
12

13   DATED:  January 27, 2023                    ALSTON & BIRD
14
                                          By:    _____/s/ Jeffrey D. Dintzer_____
15                                               JEFFREY D. DINTZER (SBN 139056)
16                                               MATTHEW C. WICKERSHAM (SBN 241733)
                                                 Attorneys for FIVE POINT HOLDINGS, LLC, CP
17                                               DEVELOPMENT CO., LLC, AND EMILE
                                                 HADDAD
18

19   DATED:  January 27, 2023                    LAW OFFICES OF RICHARD M. STEINGARD
20
                                          By:    _____/s/ Richard M. Steingard_____
21                                               RICHARD M. STEINGARD (SBN 106374)
22                                               Attorneys for DEFENDANT BILL DOUGHERTY

23

24

25

26

27

28

DATED:  January 27, 2023                    WILMERHALE LLP

                                            By:    _/s/ Christopher A. Rheinheimer_
                                                   DAVINA PUJARI
                                                   CHRISTOPHER A. RHEINHEIMER
                                                   CHRISTOPHER T. CASAMASSIMA
                                                   SAMUEL C. LEIFER
                                                   GEMMA BATEMAN
                                                   Attorneys for TETRA TECH, INC., TETRA TECH
                                                   EC, INC., ANDREW BOLT, DAN L. BATRACK,
                                                   and STEVEN M. BURDICK


DATED:  January 27, 2023                    BRADLEY ARANT BOULT CUMMINGS LLP

                                            By:    _/s/ Lyndsay E. Medlin_
                                                   KIMBERLY B. MARTIN (pro hac vice)
                                                   KIMBERLY M. INGRAM (SBN 305497)
                                                   LYNDSAY E. MEDLIN (pro hac vice)
                                                   Attorneys for DEFENDANTS SHAW
                                                   ENVIRONMENTAL & INFRASTRUCTURE, INC.,
                                                   CHICAGO BRIDGE & IRON COMPANY N.V.,
                                                   APTIM CORPORATION, AND APTIM FEDERAL
                                                   SERVICES, LLC


DATED: January 27, 2023                     BORDIN SEMMER LLP

                                            By: _/s/ Bryan C. Swaim_
                                                   BRYAN C. SWAIM, SBN 289729
                                                   bswaim@bordinsemmer.com
                                                   Attorneys for DEFENDANTS RADIOLOGICAL
                                                   SURVEY & REMEDIATION SERVICES, LLC,
                                                   DARYL DELONG, AND BRIAN HENDERSON

1    DATED: January 27, 2023                    TROPEA MCMILLAN, LLP

2                                      By:      */s/ Santino M. Tropea*
3                                               SANTINO M. TROPEA (SBN 249215)
                                                Attorneys for DEFENDANT IO ENVIRONMENTAL
4                                               & INFRASTRUCTURE, INC.

5

6

7

8

9    DATED: January 27, 2023                    STEPHANIE M. HINDS (SBN 154284)
                                                United States Attorney
10

11                                     By:      */s/ Robert Chandler*
                                                MICHAEL T. PYLE (SBN 172954)
12                                              SAVITH IYENGAR
                                                Assistant United States Attorneys
13                                              450 Golden Gate Avenue
                                                Ninth Floor, Box 36055
14                                              San Francisco, CA 94102
                                                Tel: (415) 436-7018
15
                                                JAMIE ANN YAVELBERG
16                                              PATRICK KLEIN
                                                ROBERT CHANDLER
17                                              JONATHAN K. HOERNER
                                                JOHN F. SCHIFALACQUA
18                                              A. THOMAS MORRIS
                                                Civil Division, Fraud Section
19                                              175 N Street NE
                                                Room 9.208
20                                              Washington, DC 20002
                                                Tel: (202) 514-4678
21                                              *Attorneys for Plaintiff* UNITED STATES OF
                                                AMERICA
22

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

1  DATED:  January 27, 2023                          J. PATRICK GLYNN
                                                     Director, Torts Branch
2                                                    BRIDGET BAILEY LIPSCOMB
                                                     Assistant Director
3                                                    ADAM BAIN
                                                     Senior Trial Counsel
4

5                                               By:  _____/s/ Michele S. Greif_____

6                                                    MICHELE S. GREIF
                                                     CAROLINE STANTON
7                                                    ROSEMARY YOGIAVEETIL
                                                     KENNETH A. PILGRIM
8                                                    Trial Attorneys
                                                     Civil Division, Environmental Torts
9                                                    175 N Street NE
                                                     Room 11.204
10                                                   Washington, DC 20002
                                                     Telephone: (202) 353-2492
11

12                                                   *Attorneys for defendant* UNITED STATES OF
                                                     AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

1

2   DATED:  January 27, 2023                    MUNGER, TOLLES & OLSON LLP

3                                               By:    /s/ Blanca F. Young
4                                                      BLANCA F. YOUNG
                                                       560 Mission Street, 27th Floor
5                                                      San Francisco, CA 94105-3089
                                                       Telephone: (415) 512-4000
                                                       Facsimile: (415) 512-4077
6
7                                               Attorneys for Defendant CH2M Hill, Inc.

8   DATED:  January 27, 2023                    ZELMS ERLICH & MACK

9                                               By:    /s/ Renat K. Erlich
                                                       RENAT K. ERLICH
10                                                     20920 Warner Center Lane, Suite B
                                                       Woodland Hills, CA 91367
11                                                     Telephone: (213) 347-9139
                                                       Facsimile: (818) 999-9155
12
13                                              Attorneys for Defendant SC&A, INC.

14  DATED:  January 27, 2023                    EDLIN GALLAGHER HUIE + BLUM

15                                              By:    /s/ Erin K. Poppler
16                                                     ERIN K. POPPLER
                                                       500 Washington Street, Suite 700
17                                                     San Francisco, CA 94111
                                                       Telephone: (628) 207-1491
18                                                     Facsimile: (415) 397-1339

19                                              Attorneys for Defendant Perma-Fix Environmental
                                                Services, Inc.
20
    DATED:  January 27, 2023
21                                              FURUKAWA CASTLES LLP

22                                              By:    /s/ Bruce Furukawa
23                                                     BRUCE FURUKAWA
                                                       800 Airport Boulevard, Suite 504
24                                                     Burlingame, CA 94010
                                                       Telephone: (415) 632-1584
25                                                     Facsimile: (415) 510-2240

26                                              Attorneys for Defendant Cabrera Services, Inc.

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

7

1

2    DATED:  January 27, 2023

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

By:    /s/ *Joseph E. Addiego, III*
        JOSEPH E. ADDIEGO, III
        50 California, 23rd Floor
        San Francisco, CA 94111
        Telephone: (415) 276-6500
        Facsimile: (415) 276-6599

*Attorneys for Defendant* Battelle Memorial Institute

1

### Civil Local Rule 5-1(i)(3) Attestation

2        Pursuant to Local Rule 5-1(i)(3), I, Caroline W. Stanton, the ECF filer of this document, hereby

3 attest that I obtained concurrence in the filing of this document from each of the other signatories.

4

5 Date:   January 27, 2023

6                                                          By:   */s/ Caroline W. Stanton*
                                                               Caroline W. Stanton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

1
2
## [PROPOSED] AMENDED PROTECTIVE ORDER

3 PURSUANT TO STIPULATION, IT IS ORDERED that:

4      Given the remaining volume of material to be produced in a limited amount of time, a Party may

5 not be able to review every document or item for confidentiality prior to production.  To facilitate

6 production, this Amended Protective Order clarifies that documents or certain document collections may

7 be endorsed globally with a confidentiality designation, rather than endorsing only the pages with

8 protected information.  This Order further clarifies that Personally Identifiable Information and

9 information referenced in the Privacy Act, 5 U.S.C. § 552a, is subject to protection in the absence of

10 endorsement.  Therefore, a Party that follows the terms of this Amended Protective Order will not be

11 subject to sanction under the original Stipulated Protective Order, 3:13-cv-03835-JD, ECF No. 174, § 5

12 (Designating Protected Material).

13     **1.  Documents may be marked in their entirety, rather than page by page.**

14      Section 5.2(a) of the Stipulated Protective Order is hereby modified to provide that Documents

15 containing "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information may be produced by

16 endorsing the entire document, rather than the specific page or pages containing Protected Material.

17      A Producing Party may conduct targeted searches to identify documents that are considered

18 likely to contain Protected Material and the search results may be endorsed as "CONFIDENTIAL" or

19 "HIGHLY CONFIDENTIAL" in their entirety without review of each individual document.  At the time

20 of production, the Producing Party shall notify the Receiving Parties of the process it utilized to identify

21 any such collection.  A Producing Party utilizing targeted searches must conduct quality control review

22 and also update and/or refine its targeted search process if and when it becomes aware of Protected

23 Material.  No Party shall make any designations for an improper purpose.

24     2.  **Discovery that contains Personally Identifiable Information and/or information subject to**

25        **the Privacy Act, 5 U.S.C. § 552a may be produced without endorsement.**

26      A Party may produce documents or items containing Personally Identifiable Information ("PII")

27 and information subject to the Privacy Act, 5 U.S.C. 552a, without endorsement.

28

PII is information that can be used to trace or identify an individual.  Such information includes, but is not limited to, social security numbers, personal cell phone numbers, home phones numbers/addresses, personal email addresses, correspondence that discloses medical leave or other personal details, date of birth, graduation dates, conference call lines/attendee codes, and contractor employee names.

PII and Privacy Act information is readily identifiable.  A Party who seeks to use PII or Privacy Act information shall handle such information pursuant to applicable law, local rules, and ECF guidelines, notwithstanding the absence of a confidentiality endorsement.

This Order allows the disclosure of Personally Identifiable Information pursuant to the Privacy Act. *See* 5 U.S.C. § 552a(b)(11).

**3.  Miscellaneous Provisions**

a.  If a Receiving Party determines that it intends to use a document produced pursuant to Section 1 of this Amended Protective Order, that Receiving Party may request that the Producing Party review the document to determine the specific pages that qualify for protection under Section 5 of the Stipulated Protective Order.  The Producing Party shall have 14 days to re-produce that document with the appropriate confidentiality designation affixed to the specific pages subject to protection pursuant to Section 5.2(a) of the Stipulated Protective Order.

b.  Nothing in this Amended Protective Order shall limit a Party's right to conduct pre-production review of Documents as it deems appropriate.  Therefore, a Party may review documents, ESI, or other material for relevance, responsiveness, confidentiality, privileged material and/or protected information before production.

c.  Challenges to the confidentiality of a Party's information should be addressed by the Party claiming confidentiality, regardless of which Party produced the information.

d.  This Amended Protective Order modifies Sections 5.1 and 5.2 of the original Stipulated Protective Order.  The remaining provisions of the original Protective Order remain intact. Therefore, the provisions in the original Stipulated Protective Order regarding the designation of electronic information that is provided in native form or a format that is not amenable to visible endorsement on the image, the duration of confidentiality obligations, challenges to

confidentiality designations, access and use of protected material, subpoenas or court orders in unrelated cases, disclosure to federal agencies or Congress, and unauthorized disclosure, remain intact to the extent the provisions are consistent with this Amended Protective Order.

DATED:  February 2, 2023

_____
HON. JAMES DONATO
United States District Judge