LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com

WENDI J. BERKOWITZ (State Bar #145624)
MESSING ADAM & JASMINE
235 Montgomery Street, Suite 828
San Francisco, CA 94104
Telephone: (415) 266-1800
Facsimile: (415) 266-1128
wendi@majlabor.com

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN TONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TETRA TECH EC, INC.; TETRA TECH EM, INC.; and TETRA TECH, INC., <br><br> Defendants. | Case No. 3:19-cv-07510-JD <br><br> **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** <br><br> **[Negligence; Public Nuisance; RICO; Loss of Consortium; Wrongful Death; Amount in Controversy Exceeds $25,000]** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Jonathan Tong, by and through undersigned counsel Walkup, Melodia, Kelly & Schoenberger, a Professional Corporation, and Messing Adam & Jasmine LLP, submits this Short Form Complaint to join as Plaintiff in the First Amended Complaint in *Abbey, et al. v. Tetra Tech EC, Inc., et al.*, Case No. 3:19-cv-07510-JD ("First Amended Complaint," ECF No. 40).

1. Plaintiff Jonathan Tong resides in the State of California and claims damages as set forth below.

2. This case arises from the exposure and injuries of Jonathan Tong, who

1  was an employee of the San Francisco Police Department from approximately
2  February 1981 to July 7, 2010 and who worked at Hunters Point Naval Shipyard from
3  approximately January 3, 2000 to April 2009.
4      3.   Plaintiff Jonathan Tong brings this action:
5      __X__   On behalf of himself.
6      4.   The following claims and allegations are asserted by Plaintiff and are
7  herein adopted by reference from the First Amended Complaint.
8      __X__   Count I – Negligent Undertaking and Negligent Misrepresentation
10     __X__   Count II – Public Nuisance
11
12     _____   Count IV – Loss of Consortium
13     _____   Count V – Wrongful Death
14     __X__   Count VI – Negligent Infliction of Emotional Distress
15     __X__   Count VII – Intentional Infliction of Emotional Distress
16
17     5.   Plaintiff asserts claims against the following Defendants listed in the
18  First Amended Complaint:
19     __X__   Tetra Tech EC, Inc.;
20     __X__   Tetra Tech, Inc.
21     6.   The following damages are asserted by Plaintiff and are herein adopted
22  by reference from the First Amended Complaint. As to Plaintiff Jonathan Tong, the
23  damages described for "Group A Plaintiffs."
24     7.   The negligent conduct of Defendants and each of them was a legal and
25  proximate cause of Plaintiff's injuries as set forth by reference in paragraph 2 above.
26     8.   As a result of Defendants' fraud, concealment, and negligent
27  misrepresentations, Plaintiff was kept ignorant and unaware of Defendants'
28  wrongdoing until at least July 2018 or later. His discovery in this regard is ongoing.

9. As a result of Defendants' fraud, concealment, and negligent misrepresentations, Plaintiff was kept ignorant and unaware of his exposure to hazardous materials until at least July 2018 or later. His discovery in this regard is ongoing.

10. As a result of Defendants' fraud, concealment, and negligent misrepresentations, Plaintiff was kept ignorant to the true causation of their diseases, injuries and conditions until at least July 2018 or later. His discovery in this regard is ongoing.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands and prays that judgment be entered in his favor against Defendants, and each of them, as follows:

A. For noneconomic damages according to proof at trial;

B. For economic damages according to proof at trial;

C. For costs of suit and attorneys' fees to the fullest extent permitted by law;

D. For pre-judgment and post-judgment interest according to law;

E. For punitive and exemplary damages in an amount that is sufficient to punish Defendants and deter them and others from engaging in similar conduct in the future; and

F. For such other and further relief as the Court may deem proper.

Dated: July 6, 2023                    WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
KHALDOUN A. BAGHDADI
SARA M. PETERS
Attorneys for PLAINTIFFS

3
SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial.

Dated: July 6, 2023                             WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
KHALDOUN A. BAGHDADI
SARA M. PETERS
Attorneys for PLAINTIFFS