LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
KELLY GANCI (State Bar #335658)
kganci@walkuplawoffice.com

GREGG MCLEAN ADAM (State Bar #203436)
MESSING ADAM & JASMINE LLP
235 Montgomery Street, Suite 828
San Francisco, CA 94104
Telephone: (415) 266-1800
Facsimile: (415) 266-1128
gregg@majlabor.com

**ATTORNEYS FOR PLAINTIFFS KEVIN ABBEY, ET AL.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN ABBEY, et al., | CASE NO. 3:19-CV-07510-JD |
| Plaintiffs, | [All cases related to Case No.: 3:18-cv-05330-JD] |
| v. | **STIPULATION AND ORDER TO EXTEND OPPOSITION AND REPLY DEADLINES RELATED TO DOCKET NO. 238** |
| TETRA TECH, INC.; et al., | |
| Defendants. | **Assigned to Judge James Donato** |

**IT IS HEREBY STIPULATED** by and between the Abbey Plaintiffs, by and through their attorneys of record, Khaldoun A. Baghdadi, Sara M. Peters, and Kelly Ganci of Walkup, Melodia, Kelly & Schoenberger, the Pennington Plaintiffs, by and through their attorneys of record, Anne Marie Murphy of Cotchett, Pitre & McCarthy, LLP, Plaintiffs Bayview Hunters Point Residents, by and through their

1

1  attorneys of record, Charles A. Bonner and A. Cabral Bonner of Bonner & Bonner,
2  and Defendants Tetra Tech EC, Inc., Tetra Tech, Inc. and Andrew Bolt, by and
3  through their attorneys of record, Davina Pujari, Christopher A. Rheinheimer,
4  Christopher T. Casamassima, and Michael J. Brown of Wilmer Cutler Pickering Hale
5  and Dorr LLP, that:

6  Whereas the Abbey Plaintiffs' opposition to Defendants' Motion for Summary
7  Judgment on the Nuisance Causes of Action (ECF No. 238) is due on November 24,
8  2023;

9  Whereas the Defendants' reply to plaintiffs' opposition to Defendants' Motion
10 for Summary Judgment on the Nuisance Causes of Action is due December 1, 2023;

11 Whereas the parties have agreed to extend these deadlines by one week due to
12 the Thanksgiving holiday;

13 Therefore the parties stipulate and agree that plaintiffs' opposition must be
14 filed by December 1, 2023 and defendants' reply must be filed by December 8, 2023,
15 and move that the Court modify the deadline.

17 Dated:  November 17, 2023          WALKUP, MELODIA, KELLY & SCHOENBERGER

By:     /s/ Sara M. Peters
KHALDOUN A. BAGHDADI
SARA M. PETERS
KELLY L. GANCI
CLIFTON N. SMOOT
Attorneys for PLAINTIFFS KEVIN ABBEY, ET AL.

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND ORDER TO EXTEND OPPOSITION AND REPLY DEADLINES RELATED TO DOCKET NO. 238 - CASE NO. 3:19-CV-07510-JD

| | | |
|---|---|---|
| 1 | Dated: November 17, 2023 | COTCHETT, PITRE & MCCARTHY, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Anne Marie Murphy |
| | | ANNE MARIE MURPHY |
| 5 | | Attorneys for PENNINGTON PLAINTIFFS |
| 6 | | |
| 7 | Dated: November 17, 2023 | BONNER & BONNER |
| 8 | | |
| 9 | | |
| 10 | | By:   /s/ Charles A. Bonner |
| | | CHARLES A. BONNER |
| 11 | | A. CABRAL BONNER |
| | | Attorneys for PLAINTIFFS BAYVIEW |
| 12 | | HUNTERS POINT RESIDENTS |
| 13 | | |
| 14 | Dated: November 17, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 15 | | |
| 16 | | |
| 17 | | By:   /s/ Michael J. Brown |
| | | MICHAEL J. BROWN |
| 18 | | Attorneys for DEFENDANTS TETRA TECH, |
| 19 | | INC., TETRA TECH EC, INC. and ANDREW BOLT |
| 20 | | |

**Civil Local Rule 5-1(i)(3) Attestation**

Pursuant to Local Rule 5-1(i)(3), I, Sara M. Peters, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

By:   /S/ SARA M. PETERS
      Sara M. Peters

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
STIPULATION AND ORDER TO EXTEND OPPOSITION AND REPLY DEADLINES RELATED TO DOCKET NO. 238 - CASE NO. 3:19-CV-07510-JD

# ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that plaintiffs' opposition is extended to December 1, 2023 and defendants' reply is extended to December 8, 2023.

Dated: 11/22/2023

                                            Judge James Donato
                                            United States District Court

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
STIPULATION AND [PROPOSED] ORDER TO EXTEND OPPOSITION AND REPLY DEADLINES RELATED TO DOCKET NO. 238 - CASE NO. 3:19-CV-07510-JD