LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
KELLY GANCI (State Bar #335658)
kganci@walkuplawoffice.com
CLIFTON N. SMOOT (State Bar #305728)
csmoot@walkuplawoffice.com

GREGG MCLEAN ADAM (State Bar #203436)
MESSING ADAM & JASMINE LLP
235 Montgomery Street, Suite 828
San Francisco, CA 94104
Telephone: (415) 266-1800
Facsimile: (415) 266-1128
gregg@majlabor.com

**ATTORNEYS FOR PLAINTIFFS KEVIN ABBEY, ET AL.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN ABBEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TETRA TECH, INC.; et al., <br><br> Defendants. | CASE NO. 3:19-CV-07510-JD <br><br> [All cases related to Case No.: 3:18-cv-05330-JD] <br><br> **STIPULATION AND PROPOSED ORDER MODIFYING CASE MANAGEMENT ORDER No. 1 REGARDING DISCOVERY PROTOCOL AND DEPOSITION VENDOR** <br><br> **Assigned to Magistrate Judge James Donato** |

The parties in the following cases, by and through their respective counsel of record, submit this Stipulation and [Proposed] Order Modifying Case Management Order No. 1 Regarding Discovery Protocol and Deposition Vendor, and request that

1

1  the Court permit the parties to use Steno Court Reporting Services instead of Magna
2  Legal Services as the court reporter and videographer for all future depositions in
3  this case:

4  "**FCA Cases**" are: *US ex rel. Jahr et al. v. Tetra Tech EC, Inc. et al.*, Case No.
5  3:13-cv- 3835-JD; *US ex rel Smith v. Tetra Tech EC, Inc. et al.*, Case No. 3:16-cv-
6  1106-JD; and *US ex rel. Wadsworth et al. v. Tetra Tech EC, Inc. et al.*, Case No.
7  3:16-cv-1107-JD.

8  "**Parcel A Cases**" are: *Pennington v. Tetra Tech et al.*, Case No. 3:18-cv-
9  05330-JD; *Ellington v. Tetra Tech*, Case No. 3:18-cv-05352-JD; *Lin v. Tetra Tech et
10 al.*, Case No. 3:18-cv- 05771-JD; *Farrell v. Tetra Tech et al.*, Case No. 3:19-cv-00248-
11 JD; *Yegorov v. Tetra Tech et al.*, Case No. 3:19-cv-00252-JD; *Darden v. Tetra Tech et
12 al.*, Case No. 3:19-cv-00247-JD; *Fried v. Tetra Tech et al.*, Case No. 3:19-cv-00249-
13 JD; *Lupton v. Tetra Tech et al.*, Case No. 3:19-cv- 00251-JD; *Bravo v. Tetra Tech et
14 al.*, Case No. 3:19-cv-00667-JD; *Carter v. Tetra Tech et al.*, Case No. 3:19-cv-02555-
15 JD; *Hershowitz v. Tetra Tech et al.*, Case No. 3:19-cv-02698-JD; *Kaplan v. Tetra
16 Tech et al.*, Case No. 3:19-cv-02740-JD; *Yun v. Tetra Tech et al.*, Case No. 3:19-cv-
17 02771-JD; *Castro v. Tetra Tech et al.*, Case No. 3:19-cv-02810-JD; *Zhu v. Tetra Tech
18 et al.*, Case No. 3:19-cv-03932-JD; *LaRrett v. Tetra Tech et al.*, Case No. 3:19-cv-
19 03941-JD; *Chen v. Tetra Tech et al.*, Case No. 3:19-cv-03955-JD; *Yang v. Tetra Tech
20 et al.*, Case No. 3:19-cv-03992-JD; *Datta v. Tetra Tech et al.*, Case No. 3:19-cv-
21 05405-JD; *Duncan v. Tetra Tech et al.*, Case No. 3:19-cv-05408-JD; and *San
22 Francisco Shipyard Residents v. Tetra Tech et al.*, Case No. 3:19-cv- 06137-JD.

23 "**Building 606 Case**" is: *Kevin Abbey v. Tetra Tech, et al.*, Case No. 3:19-cv-
24 07510-JD. "**Residents' Case**" is: *Bayview Hunters Point Residents v. Tetra Tech et
25 al.*, Case No. 3:19-cv-01417-JD.

26 "**Commercial Cases**" are: *Five Point Holdings v. USA*, Case No. 3:20-cv-
27 01480-JD ("*Five Point v. U.S.*"); *Five Point Holdings v. Tetra Tech et al.*, Case No.
28 3:20-cv-01481-JD; *CPHP Development v. Tetra Tech et al.*, Case No. 3:20-cv-01485-

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATION AND PROPOSED ORDER MODIFYING CMO No. 1 REGARDING DISCOVERY
PROTOCOL AND DEPOSITION VENDOR - CASE NO. 3:13-CV-03835-JD

JD ("*CDHP*"); and *Tetra Tech EC, Inc., v. CH2M Hill, Inc., et al.,* Case No. 3:20-cv-04704-JD ("*CH2M*").

Counsel for the parties have met and conferred and submit the following Stipulation and [Proposed] Order Modifying Case Management Order No. 1 Regarding Deposition Protocol and Vendor Agreement:

1. On February 2, 2023, the Court entered Case Management Order ("CMO") No. 1, which set forth a discovery protocol to be followed by all parties in this action. Per the parties' agreement, that Magna Legal Services ("Magna") was to be the court reporter and videographer for all depositions in this action, including specifically requiring "a copy of each final deposition transcript and exhibits, including the final signature page of the deponent and any deposition changes made by the deponent, shall be maintained on the Magna database consistent with the agreement between the Parties and Magna. It shall be the responsibility of Magna to load the final transcript onto the Magna database upon completion of the final certified transcript by the court reporter. It shall be the responsibility of the Representing Party to load the deponent's signature page and any deposition changes made by the deponent onto the Magna database upon receipt of same from the deponent." (See CMO 1 at 11:14-21);

2. The parties have met and conferred and stipulated that a different vendor, Steno Court Reporting Services, in place of Magna Legal Services, would be better suited to the Parties' needs for the depositions in this action, and should be substituted as the court reporter and videographer in this action. Such services shall include assistance with securing conference and breakout rooms for depositions as well as hosting all transcripts and exhibits on a central repository. It shall be the responsibility of the Representing Party to load the deponent's signature page and any deposition changes made by the deponent onto the Steno database upon receipt of same from the deponent, as consistent with the terms of CMO 1.

3. It shall continue to be the responsibility of Magna to host all document

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
STIPULATION AND PROPOSED ORDER MODIFYING CMO No. 1 REGARDING DISCOVERY PROTOCOL AND DEPOSITION VENDOR - CASE NO. 3:13-CV-03835-JD

productions, discovery requests and responses, and privilege logs on its central repository as consistent with the terms of CMO 1.

4. Other than the substitution of Steno in place of Magna as the court reporter and videographer for this action, CMO 1 otherwise remains unchanged by this stipulation and order.

**IT IS SO STIPULATED.**

Dated: January 17, 2024    Walkup, Melodia, Kelly & Schoenberger

*/s/ Sara M. Peters*
KHALDOUN A. BAGHDADI
SARA M. PETERS
KELLY L. GANCI
Attorneys for PLAINTIFFS KEVIN ABBEY, ET AL.

Dated: January 17, 2024    COTCHETT, PITRE & McCARTHY, LLP

*/s/ Anne Marie Murphy*
JOSEPH W. COTCHETT (SBN 36324)
ANNE MARIE MURPHY (SBN 202540)
DONALD J. MAGILLIGAN (SBN 257714)
Attorneys for PENNINGTON PLAINTIFFS

Dated: January 17, 2024    BONNER & BONNER

*/s/ A. Cabral Bonner*
CHARLES A. BONNER (SBN 85413)
A. CABRAL BONNER (SBN 247528)
Attorneys for PLAINTIFFS BAYVIEW HUNTERS POINT RESIDENTS

Dated: January 17, 2024    O'MELVENY & MYERS LLP

*/s/ David J. Marroso*
DANIEL M. PETROCELLI (SBN 97802)
DAVID J. MARROSO (SBN 211655)
GEOFFREY H. YOST (SBN 159687)
MADHU R. POCHA (SBN 260997)
Attorneys for LENNAR CORP.; HPS DEVELOPMENT CO., L.P.; HPS1 BLOCK 50 LLC; HPS1 BLOCK 51 LLC; HPS1 BLOCK 53 LLC; AND HPS1 BLOCK 54 LLC

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
STIPULATION AND PROPOSED ORDER MODIFYING CMO No. 1 REGARDING DISCOVERY PROTOCOL AND DEPOSITION VENDOR - CASE NO. 3:13-CV-03835-JD

| | | |
|---|---|---|
| 1 | Dated: January 17, 2024 | ALSTON & BIRD |
| 2 | | */s/ Jeffrey D. Dintzer* |
| 3 | | JEFFREY D. DINTZER (SBN 139056)<br>MATTHEW C. WICKERSHAM (SBN 241733) |
| 4 | | Attorneys for FIVE POINT HOLDINGS, LLC, CP DEVELOPMENT CO., LLC, AND EMILE HADDAD |
| 5 | | |
| 6 | Dated: January 17, 2024 | LAW OFFICES OF RICHARD M. STEINGARD |
| 7 | | */s/ Richard M. Steingard* |
| 8 | | RICHARD M. STEINGARD (SBN 106374)<br>Attorneys for DEFENDANT BILL DOUGHERTY |
| 9 | | |
| 10 | Dated: January 17, 2024 | LAW OFFICE OF DAVID ANTON |
| 11 | | */s/  David C. Anton* |
| 12 | | DAVID C. ANTON<br>Attorneys for RELATORS |
| 13 | Dated: January 17, 2024 | WILMERHALE LLP |
| 14 | | */s/ Mike Brown* |
| 15 | | DAVINA PUJARI<br>CHRISTOPHER A. RHEINHEIMER |
| 16 | | CHRISTOPHER T. CASAMASSIMA<br>SAMUEL C. LEIFER |
| 17 | | MIKE BROWN |
| 18 | | Attorneys for TETRA TECH, INC., TETRA TECH EC, INC., ANDREW BOLT, DAN L. BATRACK, and STEVEN M. BURDICK |
| 19 | | |
| 20 | Dated: January 17, 2024 | BRADLEY ARANT BOULT CUMMINGS LLP |
| 21 | | */s/ Lyndsay E. Medlin* |
| 22 | | KIMBERLY B. MARTIN (pro hac vice)<br>KIMBERLY M. INGRAM (SBN 305497) |
| 23 | | LYNDSAY E. MEDLIN (pro hac vice)<br>Attorneys for DEFENDANTS SHAW |
| 24 | | ENVIRONMENTAL & INFRASTRUCTURE, INC., CHICAGO BRIDGE & IRON COMPANY N.V., |
| 25 | | APTIM CORPORATION, AND APTIM FEDERAL SERVICES. LLC |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415)  981-7210

5
STIPULATION AND PROPOSED ORDER MODIFYING CMO No. 1 REGARDING DISCOVERY PROTOCOL AND DEPOSITION VENDOR - CASE NO. 3:13-CV-03835-JD

| | | |
|---|---|---|
| 1 | Dated: January 17, 2024 | BORDIN SEMMER LLP |
| 2 | | */s/ Bryan C. Swaim* |
| 3 | | BRYAN C. SWAIM, SBN 289729<br>bswaim@bordinsemmer.com |
| 4 | | Attorneys for DEFENDANTS RADIOLOGICAL<br>SURVEY & REMEDIATION SERVICES, LLC,<br>DARYL DELONG, AND BRIAN HENDERSON |
| 5 | | |
| 6 | January 17, 2024 | TROPEA MCMILLAN, LLP |
| 7 | | */s/ Santino Tropea*<br>SANTINO M. TROPEA (SBN 249215) |
| 8 | | Attorneys for DEFENDANT IO<br>ENVIRONMENTAL & INFRASTRUCTURE, INC. |
| 9 | | |
| 10 | January 17, 2024 | ISMAIL J. RAMSEY (SBN 189820)<br>United States Attorney |
| 11 | | |
| 12 | | */s/ Jonathan K. Hoerner*<br>MICHAEL T. PYLE (SBN 172954)<br>SAVITH IYENGAR |
| 13 | | Assistant United States Attorneys<br>450 Golden Gate Avenue |
| 14 | | Ninth Floor, Box 36055<br>San Francisco, CA 94102 |
| 15 | | Tel: (415) 436-7018 |
| 16 | | JAMIE ANN YAVELBERG<br>PATRICK KLEIN |
| 17 | | A. THOMAS MORRIS<br>JONATHAN K. HOERNER |
| 18 | | JOHN F. SCHIFALACQUA<br>Civil Division, Fraud Section |
| 19 | | 175 N Street NE<br>Room 10.1332 |
| 20 | | Washington, DC 20002<br>Tel: (202) 307-6946 |
| 21 | | Attorneys for Plaintiff UNITED STATES OF<br>AMERICA |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

6
STIPULATION AND PROPOSED ORDER MODIFYING CMO No. 1 REGARDING DISCOVERY
PROTOCOL AND DEPOSITION VENDOR - CASE NO. 3:13-CV-03835-JD

| | | |
|---|---|---|
| 1 | Dated: January 17, 2024 | J. PATRICK GLYNN<br>Director, Torts Branch |
| 2 | | ALBERT K. LAI<br>Assistant Director |
| 3 | | |
| 4 | | **/s/ *Caroline Stanton*** |
| 5 | | CAROLINE STANTON<br>MICHAEL L. WILLIAMS |
| 6 | | ROSEMARY YOGIAVEETIL<br>KENNETH A. HAYWOOD |
| 7 | | Trial Attorneys<br>Civil Division, Environmental Torts |
| 8 | | 1100 L St. NW<br>Washington, DC 20005 |
| 9 | | Telephone: (202) 307-0554<br>Attorneys for Defendant UNITED STATES OF AMERICA |
| 10 | | |
| 11 | Dated: January 17, 2024 | MUNGER, TOLLES & OLSON LLP |
| 12 | | |
| 13 | | **/s/ *Blanca F. Young*** |
| 14 | | BLANCA F. YOUNG<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-3089 |
| 15 | | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 16 | | *Attorneys for Defendant* CH2M Hill, Inc. |
| 17 | January 17, 2024 | ZELMS ERLICH & MACK |
| 18 | | |
| 19 | | CHARLES G. GOMEZ<br>20920 Warner Center Lane, Suite B |
| 20 | | Woodland Hills, CA 91367<br>Telephone: (213) 347-9139 |
| 21 | | Facsimile: (818) 999-9155<br>*Attorneys for Defendant* SC&A, INC. |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

7

STIPULATION AND PROPOSED ORDER MODIFYING CMO No. 1 REGARDING DISCOVERY PROTOCOL AND DEPOSITION VENDOR - CASE NO. 3:13-CV-03835-JD

| | | |
|---|---|---|
| 1 | Dated: January 17, 2024 | EDLIN GALLAGHER HUIE + BLUM |
| 2 | | |
| 3 | | **/s/ Erik K. Poppler**<br>ERIN K. POPPLER<br>500 Washington Street, Suite 700 |
| 4 | | San Francisco, CA 94111<br>Telephone: (628) 207-1491 |
| 5 | | Facsimile: (415) 397-1339<br>*Attorneys for Defendant* Perma-Fix Environmental |
| 6 | | Services, Inc. |
| 7 | Dated: January 17, 2024 | FURUKAWA CASTLES LLP |
| 8 | | |
| 9 | | ***/s/ Bruce N. Furukawa***<br>BRUCE N. FURUKAWA |
| 10 | | 800 Airport Boulevard, Suite 504<br>Burlingame, CA 94010 |
| 11 | | Telephone: (415) 632-1584<br>Facsimile: (415) 510-2240 |
| 12 | | *Attorneys for Defendant* Cabrera Services, Inc. |
| 13 | Dated: January 17, 2024 | DAVIS WRIGHT TREMAINE LLP |
| 14 | | |
| 15 | | ***/s/ Joseph E. Addiego, III***<br>JOSEPH E. ADDIEGO, III<br>50 California, 23rd Floor |
| 16 | | San Francisco, CA 94111<br>Telephone: (415) 276-6500 |
| 17 | | Facsimile: (415) 276-6599<br>*Attorneys for Defendant* Battelle Memorial Institute |

### Civil Local Rule 5-1(i)(3) Attestation

Pursuant to local rule Rule 5-1(i)(3), I Sara M. Peters, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from all other signatories.

Dated: January 19, 2024          WALKUP, MELODIA, KELLY & SCHOENBERGER

                                 By:   /s/ Sara M. Peters
                                       SARA M. PETERS

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and [Proposed] Order Modifying Case Management Order No. 1 Regarding Discovery Protocol and Deposition Vendor.

**IT IS SO ORDERED**.

DATED: _____2024

_____
Hon. James Donato
United States Magistrate Judge

9

STIPULATION AND PROPOSED ORDER MODIFYING CMO No. 1 REGARDING DISCOVERY PROTOCOL AND DEPOSITION VENDOR - CASE NO. 3:13-CV-03835-JD

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210