

Sara M. Peters
speters@walkuplawoffice.com

April 15, 2024

Honorable James Donato
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**    **Tina Rolfe's Deposition**

Dear Judge Donato:

    We write on behalf of certain Side 1 parties including the Pennington Plaintiffs, Abbey Plaintiffs, Bayview Plaintiffs, Relators, Five Point Holdings, and Lennar Corporation to advise the Court that we join in the United States' motion filed on April 9, 2024 to continue the deposition of Tina Rolfe. We also request that the Court require Tetra Tech to pay for all fees and costs associated with having to continue the deposition because of the improper instructions not to answer questions and other interference with the deposition as documented in the United States' motion.

    Very truly yours,

    SARA M. PETERS

SMP\lrm