WILMER CUTLER PICKERING
  HALE AND DORR LLP
DAVINA PUJARI, SBN 183407
davina.pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER, SBN 253890
chris.rheinheimer@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:     (628) 235-1002
Facsimile:     (628) 235-1001

WILMER CUTLER PICKERING
  HALE AND DORR LLP
CHRISTOPHER CASAMASSIMA, SBN 211280
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendants
TETRA TECH, INC. and TETRA TECH EC, INC.,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAYVIEW HUNTERS POINT RESIDENTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC., *et al*,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER FOR LIMITED DISCOVERY EXTENSION IN MASS TORT CASES**<br><br>**Assigned to Hon. Judge James Donato**<br><br>Case No. 3:19-cv-01417-JD |
| KEVIN ABBEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-cv-07510-JD |

1    Counsel for Plaintiffs Kevin Abbey, et al. ("Abbey"), Plaintiffs Bayview Hunters Point
2    Residents, et al, ("Bayview"), and Defendants Tetra Tech, Inc. and Tetra Tech EC, Inc., (the "Tetra
3    Tech Parties," together with Abbey and Bayview, the "Parties"), by and through their respective
4    counsel of record, submit this Stipulation and [Proposed] Order for Limited Discovery Extension
5    in Mass Tort Cases, and request that the Court enter the attached [Proposed] Order in the above-
6    captioned cases. Counsel for the Parties have met and conferred regarding this stipulation.[1]

7    WHEREAS, on May 1, 2018, Bayview filed its Complaint in California Superior Court,
8    No. CGC-18-566188, as a putative class action against the Tetra Tech Parties and others.

9    WHEREAS, on March 18, 2019, the Bayview Complaint was removed to this Court (ECF
10   1, 3:19-cv-01417).

11   WHEREAS, on November 14, 2019, Abbey filed its Complaint in this Court as a putative
12   class action against the Tetra Tech Parties. (ECF 1, 3:19-cv-07510).

13   WHEREAS, on February 2, 2023, the Court entered a Stipulation and Order Regarding
14   Discovery Protocol and Case Management Order Number One ("CMO") in Bayview (ECF 202,
15   3:19-cv-01417) and Abbey (ECF 178, 3:19-cv-07510).

16   WHEREAS, under the CMO and subsequent Scheduling Orders from the Court,
17   Fact Discovery is scheduled to close on January 5, 2024 and Expert Discovery is scheduled to
18   close on March 28, 2025 (ECF 216, 259, 3:19-cv-01417; ECF 202, 255, 3:19-cv-07510).

19   WHEREAS the CMO expressly states that if Bayview or Abbey "do not proceed as a class
20   action, the Parties agree to meet and confer regarding appropriate modifications" to the discovery
21   plan for these cases. (ECF 202, 3:19-cv-01417; ECF 178, 3:19-cv-07510).

22   WHEREAS, on June 16, 2023, the deadline under the CMO to file motions to certify
23   classes passed, with both Bayview and Abbey declining to file such a class certification motions,
24   electing instead to proceed as mass tort litigations currently comprising over 6,000 individual
25   plaintiffs in Bayview and over 400 individual Plaintiffs in Abbey, which all Parties recognize will
26   require adjudication through a bellwether process.

---

[1] Bayview is in the process of settling with the other parties in its case, Lennar Corporation and Five Point Holdings, LLC. To the extent they do not settle, Bayview will negotiate a separate stipulation with them as necessary.

Case Nos. 3:19-cv-01417-JD; 3:19-cv-07510-JD
STIPULATION AND [PROPOSED] ORDER FOR
LIMITED DISCOVERY EXTENSION IN MASS TORT CASES

1    WHEREAS, litigating Bayview and Abbey as mass torts litigations rather than class actions requires significant additional fact and expert discovery, including for fact discovery and expert damages and liability reports of individual Plaintiffs in each case.

WHEREAS, under the Court's May 20, 2024 Minute Order, and the Parties' May 31, 2024 Trial Scheduling Joint Statement, trials of individual Bayview and Abbey Plaintiffs are unlikely to proceed prior to 2026, with at least two trials in related cases likely proceeding beforehand.

THEREFORE, pursuant to the CMO's instruction to meet-and-confer on appropriate modifications to the Discovery Plan, the Parties respectfully request that the Court enter the scheduling extension below in Bayview and Abbey, which will pertain to the bellwether plaintiffs selected by the Parties (or the Court if the Parties cannot agree), and allow necessary discovery of individual plaintiffs, tie expert reports to likely trial dates, and help facilitate the potential resolution of these matters:

1. **Close of Document and Written Discovery:** January 5, 2025 (unchanged from CMO)
2. **Close of Depositions of Individual Plaintiffs**: April 18, 2025
3. **Opening Expert Reports**: May 16, 2025
4. **Rebuttal Expert Reports**: June 27, 2025
5. **Close of Expert Discovery**: August 15, 2025
6. **Dispositive and *Daubert* Motions**: September 26, 2025

**IT IS SO STIPULATED, through Counsel of Record.**

Dated:  June 14, 2024

WILMER CUTLER PICKERING, HALE AND DORR LLP

By:   /s/ Christopher A. Rheinheimer
        DAVINA PUJARI
        CHRISTOPHER CASAMASSIMA
        CHRISTOPHER A. RHEINHEIMER

*Attorneys for Defendants Tetra Tech, Inc. and Tetra Tech EC, Inc.*

| | | |
|---|---|---|
| Dated: June 14, 2024 | WALKUP, MELODIA, KELLY AND SCHOENBERGER | |

By:  /s/ Sara M. Peters
        KHALDOUN A. BAGHADI (SBN 190111)
        SARA M. PETERS (SBN 260610)
        JADE SMITH-WILLIAMS (SBN 318915)

*Attorneys for PLAINTIFFS KEVIN ABBEY, ET AL.*

Dated: June 14, 2024       BONNER & BONNER

By:  /s/ A. Cabral Bonner
        CHARLES A. BONNER (SBN 85413)
        A. CABRAL BONNER (sbn 247528)

*Attorneys for PLAINTIFFS BAYVIEW HUNTERS POINT RESIDENTS*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Christopher A. Rheinheimer, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

/s/ Christopher A. Rheinheimer
Christopher A. Rheinheimer (SBN 253890)

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, the following schedule shall apply to bellwether Plaintiffs in Bayview and Abbey:

1. Document and written discovery shall be completed by January 5, 2025.
2. Depositions of Individual Plaintiffs shall be completed by April 18, 2025.
3. Opening expert reports shall be served by May 16, 2025.
4. Rebuttal expert reports shall be served by June 27, 2025.
5. Expert discovery shall be completed by August 15, 2025.
6. Dispositive and *Daubert* motions shall be filed by September 26, 2025.

IT IS SO ORDERED.

DATED: _____, 2024

_____
Honorable James Donato
United States District Court Judge