1   WILMER CUTLER PICKERING
      HALE AND DORR LLP
2   DAVINA PUJARI, SBN 183407
3   davina.pujari@wilmerhale.com
    CHRISTOPHER A. RHEINHEIMER, SBN 253890
4   chris.rheinheimer@wilmerhale.com
    1 Front Street, Suite 3500
5   San Francisco, California 94111
    Telephone:     (628) 235-1002
6   Facsimile:      (628) 235-1001

7

8   WILMER CUTLER PICKERING
      HALE AND DORR LLP
9   CHRISTOPHER CASAMASSIMA, SBN 211280
    chris.casamassima@wilmerhale.com
10  350 South Grand Avenue, Suite 2400
    Los Angeles, California 90071
11  Telephone: (213) 443-5300
    Facsimile: (213) 443-5400
12

13
    Attorneys for Defendants
14  TETRA TECH EC, INC.,

15              UNITED STATES DISTRICT COURT

16     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18  KEVIN ABBEY, et al.                    Case No. 3:19-CV-07510-JD

19              Plaintiffs,                **STIPULATION AND [PROPOSED]
                                           ORDER FOR STAY FOLLOWING
20       v.                                SETTLEMENT IN PRINCIPLE**

21  TETRA TECH EC, INC.

22

23              Defendants.

24

25

26

27

28

Counsel for Plaintiffs Kevin Abbey, et al. ("Plaintiffs") and Defendant Tetra Tech EC, Inc., ("TtEC") (together, the "Parties"), by and through their respective counsel of record, submit this Stipulation and [Proposed] Order for Fact and Expert Discovery Stay Following Settlement In Principle, and request that the Court enter the attached [Proposed] Order in the above-captioned case. Counsel for the Parties have met and conferred regarding this stipulation.

**A.  Background**

Plaintiffs and TtEC have reached a settlement in principle of all claims in Plaintiffs' First Amended Complaint [ECF No. 40] against TtEC. The settlement is contingent on receiving individualized consent from plaintiffs (there are no class claims). The Parties are also preparing settlement documentation, and Plaintiffs intend to file a Joint Stipulation of Dismissal for the claims as soon as conditions precedent are met. The Parties seek to reduce the continuing burden of fact and expert discovery on the Parties and witnesses while the settlement is finalized.

**B.  Partial Stay of Fact and Expert Discovery; Withdrawal of Pending Letter Briefs**

1.  Plaintiffs and TtEC agree not to serve, conduct, or participate in any further discovery related solely to the above-captioned case.

2.  The deadlines for responses to any pending Requests for Admission or Interrogatories from TtEC to Plaintiffs, or Plaintiffs to TtEC, are stayed.

3.  To avoid the burden of unnecessary deposition testimony any deposition notices issued by Plaintiffs will be withdrawn and counsel for Abbey will not proceed with deposition topics 20-25 in the Second Amended 30(b)(6) Notice of Tetra Tech Inc. served on December 9, 2024 by "Side 1" (or in any subsequently amended notice), as those topics were included in that notice at the Abbey Plaintiffs' request.

4.  The Parties agree to withdraw all pending discovery letter briefs filed against the other Party. To the extent the Abbey Plaintiffs have joined omnibus letter briefs filed by other parties in related litigation they withdraw from those briefs. This includes:

- The April 15, 2024 letter brief regarding Abbey joining in the United States' motion to continue the deposition of Tina Rolfe [Dkt. 386 in Case 3:13-cv-03835]

- The July 8, 2024 letter brief regarding the production of clawed back documents [Dkt. 183 in Case 3:20-cv-01481]

- The October 23, 2024 letter brief regarding deposition limits [Dkt. 271 in Case 3:20-cv-01485]

- The December 5, 2024 joint request for status conference [Dkt. 215 in Case 3:20-cv-01481]

5. All expert and dispositive motion deadlines in the above-captioned case are suspended pending the lodging and/or filing of the settlement documents. As are all deadlines contained in the Parties' July 23, 2024 Joint Stipulation Regarding Bellwether Discovery (Dkt. 261).

6. In the event the Parties are not able to execute their settlement by January 31, 2025, Plaintiffs are permitted to notice and take the deposition on the 30(b)(6) topics referenced above in paragraph 3, as well as ten or fewer 30(b)(6) topics to the City of San Francisco.

7. In the event the Parties are not able to execute their settlement by January 31, 2025, TtEC and Plaintiffs will meet and confer to either (1) propose an additional extension of time for the Parties to lodge and/or file settlement documents; or (2) propose a new discovery schedule and discovery order to the Court to promptly resume discovery and advance the above-captioned case towards trial. Plaintiffs and TtEC agree that the new schedule will propose at least a two-month extension of fact discovery, expert discovery, and dispositive motion deadlines in the above-captioned case.

C. **Further Amendment**

Except as otherwise provided in this Stipulation, its terms may be amended only by written stipulation of the Parties approved by the Court, or by order of the Court for good cause shown.

**IT IS SO STIPULATED, through Counsel of Record.**

Dated: December 10, 2024      WILMER CUTLER PICKERING, HALE AND DORR LLP

By:    */s/ Christopher A. Rheinheimer*
        DAVINA PUJARI
        CHRISTOPHER CASAMASSIMA
        CHRISTOPHER A. RHEINHEIMER

*Attorneys for Defendants Tetra Tech EC, Inc.*

Dated: December 10, 2024      WALKUP, MELODIA, KELLY & SCHOENBERGER

By:    */s/ Sara M. Peters*
        KHALDOUN A. BAGHADI
        SARA M. PETERS
        JADE SMITH-WILLIAMS
        Attorneys for PLAINTIFFS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Christopher A. Rheinheimer, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/ Christopher A. Rheinheimer*
Christopher A. Rheinheimer (SBN 253890)

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, discovery is stayed in the above-captioned matter as follows:

1. Plaintiffs and TtEC agree not to serve, conduct, or participate in any further discovery related solely to the above-captioned case.

2. The deadlines for responses to any pending Requests for Admission or Interrogatories from TtEC to Plaintiffs, or Plaintiffs to TtEC, are stayed.

3. To avoid the burden of unnecessary deposition testimony any deposition notices issued by Plaintiffs will be withdrawn and counsel for Abbey will not proceed with deposition topics 20-25 in the Second Amended 30(b)(6) Notice of Tetra Tech Inc. served on December 9, 2024 by "Side 1" (or in any subsequently amended notice), as those topics were included in that notice at the Abbey Plaintiffs' request.

4. The Parties agree to withdraw all pending discovery letter briefs filed against the other Party. To the extent the Abbey Plaintiffs have joined omnibus letter briefs filed by other parties in related litigation they withdraw from those briefs. This includes:

   - The April 15, 2024 letter brief regarding Abbey joining in the United States' motion to continue the deposition of Tina Rolfe [Dkt. 386 in Case 3:13-cv-03835]

   - The July 8, 2024 letter brief regarding the production of clawed back documents [Dkt. 183 in Case 3:20-cv-01481]

   - The October 23, 2024 letter brief regarding deposition limits [Dkt. 271 in Case 3:20-cv-01485]

   - The December 5, 2024 joint request for status conference [Dkt. 215 in Case 3:20-cv-01481]

5. All expert and dispositive motion deadlines in the above-captioned case are suspended pending the lodging and/or filing of the settlement documents. As are

1  all deadlines contained in the Parties' July 23, 2024 Joint Stipulation Regarding

2  Bellwether Discovery (Dkt. 261).

3  **6.** In the event the Parties are not able to execute their settlement by January 31,

4  2025, Plaintiffs are permitted to notice and take the deposition on the 30(b)(6)

5  topics referenced above in paragraph 3, as well as ten or fewer 30(b)(6) topics to

6  the City of San Francisco.

7  **7.** In the event the Parties are not able to execute their settlement by January 31, 2025,

8  TtEC and Plaintiffs will meet and confer to either (1) propose an additional

9  extension of time for the Parties to lodge and/or file settlement documents; or (2)

10  propose a new discovery schedule and discovery order to the Court to promptly

11  resume discovery and advance the above-captioned case towards trial. Plaintiffs

12  and TtEC agree that the new schedule will propose at least a two-month extension

13  of fact discovery, expert discovery, and dispositive motion deadlines in the above-

14  captioned case.

15

16  IT IS SO ORDERED.

17

18  DATED: _____, 2024        _____

19                                          Honorable James Donato
                                            United States District Court Judge

20

21

22

23

24

25

26

27

28